OCTOBER 19, 2010

No. 10A393. BOWERSOX *v.* NUNLEY. Application to vacate stay of execution of sentence of death, entered by the United States District Court for the Western District of Missouri on October 18, 2010, presented to JUSTICE ALITO, and by him referred to the Court, denied. JUSTICE SCALIA would grant the application to vacate the stay of execution.

OCTOBER 22, 2010

No. 10A362. RESPECT MAINE PAC ET AL. *v.* MCKEE, MEMBER, COMMISSION ON GOVERNMENTAL ETHICS AND ELECTION PRACTICES, ET AL. D. C. Me. Application for injunction, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Applicants are correct to note that relief was granted in *McComish* v. *Bennett*, 560 U. S. 961 (2010), which concerned a constitutional challenge to an Arizona law similar to the Maine law challenged by applicants here. The *McComish* applicants, however, requested a stay of an appeals court decision, whereas applicants here are asking for an injunction against enforcement of a presumptively constitutional state legislative act. Such a request "demands a significantly higher justification" than a request for a stay because, unlike a stay, an injunction "does not simply suspend judicial alteration of the status quo but grants judicial intervention that has been withheld by lower courts." *Ohio Citizens for Responsible Energy, Inc.* v. *NRC,* 479 U. S. 1312, 1313 (1986) (SCALIA, J., in chambers). In light of these considerations, and given the difficulties in fashioning relief so close to the election, applicants' request for extraordinary relief is denied. JUSTICE SCALIA and JUSTICE ALITO would grant the application for an injunction as to the matching fund provisions.